UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:25-cr- 00108-SDN |
| JEISSEY KHAMIS | |

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
### False Statements Made to a Federal Firearms Licensee
### (18 U.S.C. § 924(a)(1)(A))

On about April 12, 2025, in the District of Maine, the defendant,

**JEISSEY KHAMIS,**

knowingly made a false statement and representation to a Federal Firearms Licensee ("FFL") licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the FFL's records. Specifically, the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, in connection with his attempted purchase of a firearm at an FFL in Charleston, Maine. Specifically, on the Form 4473 the defendant misrepresented (1) his name as "Damari James Owens," (2) his date of birth being in 2004, and (3) his place of birth being in Texas.

Thus, the defendant violated Title 18, United States Code, Section 924(a)(1)(A).

## COUNT TWO
Possession of a Stolen Firearm
(18 U.S.C. § 922(j))

On about April 23, 2025, in the District of Maine, the defendant,

**JEISSEY KHAMIS,**

knowingly possessed a stolen firearm, that is, a Canik, model TP-9 Elite Combat, 9mm pistol bearing serial number 20BN13261, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen.

Thus, the defendant violated Title 18, United States Code, Sections 922(j) and 924(a)(2).

Date: 7/16/25

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

(Assistant) United States Attorney

2